1
2
3      **JS-6**
4
5
6
7           **UNITED STATES DISTRICT COURT**
8        **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
9             **EASTERN DIVISION (RIVERSIDE)**
10

| | |
|---|---|
| ROBERT MILLS, | CASE NO.  EDCV 13-00079 VAP (SPx) |
| Plaintiff, | ORDER |
| vs. | |
| GREATER GEORGIA LIFE INSURANCE COMPANY; KEMIRA CHEMICALS, INC. WELFARE BENEFIT PLAN, AND DOES 1 THROUGH 10, INCLUSIVE, | |
| Defendants. | |

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. EDCV 13-00079 VAP (SPx), is dismissed in its entirety as to all defendants, with prejudice.  IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

IT IS SO ORDERED.

Dated: December 12, 2013                    Hon. Virginia A. Phillips,
                                            United States District Court

[PROPOSED] ORDER